# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRENDA GARNER

VERSUS

DEFENDANT 1 AND DEFENDANT 2

NO.   2025 CW 0677

**OCTOBER 6, 2025**

---

In Re:   State of Louisiana, through the Department of Children and Family Services, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 749491.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT